UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                                             Case No. 12-20423

MARIO HAIRSTON,                                                         HON. AVERN COHN

    Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION TO REQUIRE
DISCLOSURE AND PRODUCTION OF GOVERNMENT
INFORMANT AND FOR AN IN CAMERA HEARING (Doc. 15)**

This is a criminal case. Defendant Mario Hairston is charged in a two-count indictment with one count of interference with commerce by robbery in violation of 18 U.S.C. § 1951(a), and one count of discharging a firearm during a crime of violence, in violation of 18 U.S.C. § 924(c). Now before the Court is Hairston's motion to require disclosure and production of government informant and for an in camera hearing (Doc. 15). The Court held a hearing on the motion on April 16, 2013. Based on the colloquy between the Court, the government, and Hairston's lawyer at the hearing, the Court is satisfied that the defense and the government will work out an appropriate procedure that will allow disclosure of the government's witness prior to trial. Accordingly, the motion is DENIED. SO ORDERED.

                                                                            S/Avern Cohn
                                                           UNITED STATES DISTRICT JUDGE

Dated: April 18, 2013

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 18, 2013, by electronic and/or ordinary mail.

 S/Sakne Chami
Case Manager, (313) 234-5160